AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lawrence A. Goudie
_____
Plaintiff(s)

v.

Bank of New York Mellon,
(See attached)
_____
Defendant(s)

)
)
)
)
)   EDCV14-00539   CAS  PJW
)   Civil Action No.
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence A. Goudie
4031 N. F St.
San Bernardino, CA 92407

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

CLERK OF COURT

Date: MAR 20 2014



Signature of Clerk or Deputy Clerk

1233

ORIGINAL

Lawrence A. Goudie
4031 N. F St.
San Bernardino, CA 92407
Telephone: 909-266-1642
Fax: 909-266-1065
Email: lagoudie@yahoo.com
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE A. GOUDIE
    Plaintiff,

vs.

BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, as Trustee for the Luminent Mortgage Trust, Mortgage Pass-through certificates, series 2006-1, a business entity, form unknown; RECONTRUST COMPANY, N.A., a business entity, form unknown; BANK OF AMERICA HOME LOANS, a business entity, form unknown; and DOES 1-10 inclusive.

    Defendant(s)

Case No. EDCV14-00539 CAS (PJWx)

COMPLAINT FOR:

1) FAIR DEBT COLLECTION PRACTICES ACT;

2) ROSENTHAL ACT

DEMAND FOR JURY TRIAL

### PRELIMINARY STATEMENT

This complaint if for, inter alio, a federal claim under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA"), which prohibits debt

COMPLAINT      Page 1