MCGUIREWOODS LLP
Adam F. Summerfield (SBN: 259842)
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendants
Bank of New York Mellon as Trustee,
Bank of America, N.A.,
ReconTrust Company, N.A., and
Mortgage Electronic Registration Systems, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAWRENCE A. GOUDIE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, FKA BANK OF NEW as Trustee for the Luminent Mortgage Trust, Mortgage Pass-through certificates, series 2006-1, a business entity, form unknown; RECONTRUST COMPANY, N.A., a business entity, form unknown; BANK OF AMERICA, N.A., a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., form unknown; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 5:14-00539 PA (PJWx)<br><br>The Hon. Percy Anderson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: September 8, 2014<br>Time: 1:30 p.m.<br>Courtroom: 15<br><br>Complaint Filed: March 20, 2014<br>Trial Date: TBD |

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, defendants Bank of New York Mellon as Trustee, Bank of America, N.A., ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") request that the Court take judicial notice of the following documents submitted in support of their motion to dismiss Plaintiff's First Amended

Complaint:

1. Deed of Trust dated December 7, 2005, and recorded in the Official Records of the County of San Bernardino on December 19, 2005 as Document No. 2005-0957731; a true and correct copy is attached as **Exhibit A**.

2. Adjustable Rate Note, dated December 7, 2005, signed by Plaintiff; a true and correct copy is attached as **Exhibit B**.

3. Notice of Default, dated March 18, 2011, and recorded in the Official Records of the County of San Bernardino on March 22, 2011 as Document No. 2011-0114728; a true and correct copy is attached as **Exhibit C**.

4. Substitution of Trustee, dated March 18, 2011, and recorded in the Official Records of the County of San Bernardino on March 29, 2011 as Document No. 2011-0124232; a true and correct copy is attached as **Exhibit D**.

5. Corporation Assignment of Deed of Trust, dated March 18, 2011, and recorded in the Official Records of the County of San Bernardino on March 29, 2011 as Document No. 2011-124233; a true and correct copy is attached as **Exhibit E**.

6. Notice of Trustee's Sale, dated June 23, 2011, and recorded in the Official Records of the County of San Bernardino on June 27, 2011 as Document No. 2011-0258587; a true and correct copy is attached as **Exhibit F**.

7. Notice of Trustee's sale, dated February 25, 2013, and recorded in the Official Records of the County of San Bernardino on February 27, 2013 as Document No. 2013-0084156; a true and correct copy is attached as **Exhibit G**.

8. Trustee's Deed Upon Sale, dated March 27, 2013, and recorded in the Official Records of the County of San Bernardino on April 5, 2013 as Document No. 2013-0140432; a true and correct copy is attached as **Exhibit H**.

Judicial notice of Exhibits A and C-H is appropriate because these documents are true and correct copies of official public records of the County of San Bernardino, California, and their authenticity is capable of accurate and ready

determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *Gamboa v. Tr. Corps & Cent. Mortgage Loan Servicing Co.*, 2009 U.S. Dist. LEXIS 19613, at *4-10 (N.D. Cal. Mar. 12, 2009) (Court took judicial notice of recorded documents related to foreclosure sale, including grant deed and deed of trust. "These documents are also part of the public record and are easily verifiable. *See* Fed. R. Evid. 201(b); *Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Cir. 1992) (holding that notice may be taken of facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned)"); *Velasquez v. GMAC Mortgage Corp.*, 605 F.Supp.2d 1049, 1058 (C.D. Cal. 2008).

Judicial notice of Exhibit B is appropriate because it is a true and correct copy of a document which is referred to in, and forms the basis of the allegations in, Plaintiff's First Amended Complaint. *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *Branch v. Tunnell*, 14 F.3d 449, 453-54 (9th Cir. 1994) (documents not attached to complaint may be incorporated by reference if plaintiff has referred to the document in the complaint or if the document forms the basis for plaintiff's claims).

DATED: August 8, 2014         Respectfully submitted,

                              MCGUIREWOODS LLP


                              By:     /s/ Adam F. Summerfield
                                      Adam F. Summerfield, Esq.
                                      Attorneys for Defendants
                                      BANK OF NEW YORK MELLON as
                                      Trustee; RECONTRUST COMPANY,
                                      N.A.; BANK OF AMERICA, N.A; and
                                      MORTGAGE ELECTRONIC
                                      REGISTRATION SYSTEMS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2014, I electronically filed the foregoing document entitled **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

I served the above document by U.S. Mail to:

Lawrence A. Goudie
4031 N. F Street
San Bernardino, CA 92407

By: /s/ Adam F. Summerfield