JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE A. GOUDIE, | ED CV 14-0539 PA (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, as Trustee for the Luminent Mortgage Trust, Mortgage Pass-through certificates, series 2006-1, a business entity, form unknown; RECONTRUST COMPANY, N.A., a business entity, form unknown; BANK OF AMERICA, N.A., a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., form unknown; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Court's September 8, 2014 Minute Order granting the Motion to Dismiss filed by defendants Bank of America Home Loans, Bank of America N.A., Bank of New York Mellon, Mortgage Electronic Registration Systems Inc, and ReconTrust Company N.A. (collectively "Defendants"), which dismissed all of the federal claims asserted by plaintiff Lawrence A. Goudie ("Plaintiff") with prejudice, and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissed those claims without prejudice,

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claim for violation of the Fair Debt Collections Practices Act is dismissed with prejudice and Plaintiff's remaining state law claims are dismissed without prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

    IT IS SO ORDERED.

DATED: September 8, 2014        _____
                                         Percy Anderson
                                UNITED STATES DISTRICT JUDGE